IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DORIS W. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:12-cv-00015 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CENTRAL CAROLINA SURGICAL EYE | ) | By: Hon. Jackson L. Kiser |
| ASSOCIATES, P.A., | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me are Defendant Central Carolina Surgical Eye Associates, P.A.'s ("CCSEA")

Motion to Dismiss pursuant to North Carolina Rule of Civil Procedure 9(j) [ECF No. 83], (First)

Motion for Partial Summary Judgment (Allegations of Negligence Related to Dr. Matthews's

Care) [ECF No. 85], and (Second) Motion for Partial Summary Judgment (Allegations of

Negligent Communication, Documentation, and Dr. Stonecipher's Care) [ECF No. 87].   After

having reviewed the briefs, arguments of counsel, relevant law, and the relevant parts of the

record, the matters are now ripe for decision.   For the reasons stated in the accompanying

Memorandum Opinion, CCSEA's Motion to Dismiss is **DENIED**, its First Motion for Partial

Summary Judgment is **DENIED**, and its Second Motion for Partial Summary Judgment is

**GRANTED IN PART** and **DENIED IN PART**.

The clerk is directed to forward a copy of this Order and the accompanying

Memorandum Opinion to all counsel of record.

Entered this 15th day of March, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE